361 A.2d 721
COMMONWEALTH
v.
KING, Appellant.

Sub-
mitted March 8, 1976. Robert L. King *in propria per-
sona*, and William H. Nast, Jr., for appellant; Keith B.
Quigley, District Attorney, for Commonwealth, appel-
lee.

Judgment of sentence affirmed.

360 A.2d 639
COMMONWEALTH
v.
KITTRELL, Appellant.

Sub-
mitted June 9, 1975. Joseph T. McGraw, Assistant Pub-
lic Defender, and John J. Dunn, Sr., for appellant;
Ernest D. Preate, Jr., Assistant District Attorney, and
Paul R. Mazzoni, District Attorney, for Commonwealth,
appellee.

Order affirmed.